**LEE TRANSIT CORPORATION, as Owner of the Tug THE GRACE ANN LEE, Libelant-Appellee, v. Steamtug THE DAUNTLESS NO. 8, Hartford Transportation Company, Claimant-Appellant.***

No. 208.

Circuit Court of Appeals, Second Circuit.

Feb. 21, 1938.

Lynch, Hagen & Atkins, of New York City (Charles W. Hagen and Henry C. Eidenbach, both of New York City, of counsel), for claimant.

Foley & Martin, of New York City (James A. Martin and Christopher E. Heckman, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

---

**McALLISTER NAVIGATION COMPANY, Inc., and Daniel F. McAllister, Plaintiffs-Appellants, v. SUTTON LINES, Inc., and John H. Hubbard, A Major in the Quartermaster Corps, United States Army, and Also Known and Designated as Purchasing and Contracting Officer for the United States Army, and United States of America, Defendants-Appellees.**

No. 280.

Circuit Court of Appeals, Second Circuit.

April 4, 1938.

*Writ of certiorari denied 58 S.Ct. 1041, 82 L.Ed. ——.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

Lewis Landes, of New York City, for appellants.

Lamar Hardy, U. S. Atty., of New York City (Charles J. Nager, of New York City, of counsel), for the U. S., and John R. Hubbard.

Chas. J. Katzenstein, of New York City, for Sutton Lines, Inc.

PER CURIAM.

Decree affirmed.

---

**Raymond P. McNULTY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 171.

Circuit Court of Appeals, Second Circuit.

March 21, 1938.

Raymond P. McNulty, of Brooklyn, N. Y., pro se, and H. Kennedy McCook, of Washington, D. C., for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Berryman Green, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Metcalf & Eddy v. Mitchell, 269 U.S. 514, 46 S.Ct. 172, 70 L.Ed. 384; Medalie v. Com'r, 2 Cir., 77 F.2d 300; Buckner v. Com'r, 2 Cir., 77 F.2d 297.